```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 05622
   IVORY L THOMAS
   RHONDA P HARBIN THOMAS                      CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4017    SSN XXX-XX-5558

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/17/2006 and was confirmed 08/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 06/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE          SECURED VEHIC    6692.20        451.12        5128.38
CREDIT ACCEPTANCE          UNSECURED       NOT FILED          .00            .00
AFNI INC                   UNSECURED       NOT FILED          .00            .00
AMERICREDIT FINANCIAL SE   NOTICE ONLY     NOT FILED          .00            .00
BANK ONE                   UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED        1800.05           .00         179.68
CAVALRY PORTFOLIO SERVIC   UNSECURED        1800.08           .00         179.68
ROUNDUP FUNDING LLC        UNSECURED         554.05           .00          51.65
ASPIRE                     UNSECURED         400.38           .00          34.68
CONSUMER FINANCE CORPORA   UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED          .00            .00
FIRST USA BANK             UNSECURED       NOT FILED          .00            .00
GC SERVICES LP COLLECTIO   UNSECURED       NOT FILED          .00            .00
GEMB/ MONTGOMERY WARD      NOTICE ONLY     NOT FILED          .00            .00
H&F LAW                    UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1170.25           .00         116.82
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED          .00            .00
LOU HARRIS                 UNSECURED       NOT FILED          .00            .00
MONEY CONTROL              UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL              UNSECURED       NOT FILED          .00            .00
NUVELL CREDIT CO LLC       UNSECURED       11612.78           .00        1159.15
PEOPLES GAS LIGHT & COKE   UNSECURED         284.48           .00          16.97
PROFESSIONAL CREDIT SERV   UNSECURED       NOT FILED          .00            .00
SAM'S CLUB                 UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED         247.49           .00          16.47
WORLD FINANCIAL NETWORK    UNSECURED         936.00           .00          81.07
SPRINT-NEXTEL CORP         UNSECURED         958.25           .00          83.00
ECAST SETTLEMENT CORP      UNSECURED         248.90           .00          16.56
ECAST SETTLEMENT CORP      UNSECURED         449.00           .00          38.89
RECOVERY MANAGEMENT SYST   UNSECURED         961.09           .00          83.25
RECOVERY MANAGEMENT SYST   UNSECURED        2330.87           .00         232.66

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05622 IVORY L THOMAS & RHONDA P HARBIN THOMAS
```

```
CAPITAL ONE BANK            UNSECURED      NOT FILED            .00            .00
CBUSA SEARS                 UNSECURED      NOT FILED            .00            .00
COLLECTION SYSTEMS INC      UNSECURED      NOT FILED            .00            .00
CONSUMER FINANCE CORP       UNSECURED      NOT FILED            .00            .00
FINGER FURNITURE            UNSECURED      NOT FILED            .00            .00
HARRIS NA                   UNSECURED      NOT FILED            .00            .00
HSBC RS                     UNSECURED      NOT FILED            .00            .00
JC PENNY                    UNSECURED      NOT FILED            .00            .00
KOHLS                       UNSECURED      NOT FILED            .00            .00
LIBERTY FEDERAL BANK        UNSECURED      NOT FILED            .00            .00
LOU HARRIS & CO             NOTICE ONLY    NOT FILED            .00            .00
MIDLAND FINANCE             UNSECURED      NOT FILED            .00            .00
NGBL CARSONS                UNSECURED      NOT FILED            .00            .00
PELLETTIERI & ASSOC         UNSECURED      NOT FILED            .00            .00
PROVIDIAN NATIONAL BANK     UNSECURED      NOT FILED            .00            .00
PROVIDIAN                   UNSECURED      NOT FILED            .00            .00
RNB-FIELDS3                 UNSECURED      NOT FILED            .00            .00
LEGAL HELPERS PC            DEBTOR ATTY    1,300.00                        1,300.00
TOM VAUGHN                  TRUSTEE                                          604.97
DEBTOR REFUND               REFUND                                              .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 9,775.00

PRIORITY                                                .00
SECURED                                            5,128.38
    INTEREST                                         451.12
UNSECURED                                          2,290.53
ADMINISTRATIVE                                     1,300.00
TRUSTEE COMPENSATION                                 604.97
DEBTOR REFUND                                           .00
                        ---------------       ---------------
TOTALS                  9,775.00                   9,775.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/08/08       _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE



                          PAGE   2
        CASE NO. 06 B 05622 IVORY L THOMAS & RHONDA P HARBIN THOMAS